# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **2:25-cv-05134-JFW (DTB)**                              Date: **August 27, 2025**

Title: **Richard D. Bassett v. Castellanos, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):
          None present                                                             None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

    On July 16, 2025, the Court issued an Order re: Service of Process by United States Marshal ("Order"). (Docket No. 12). In accordance with the Court's Order, Plaintiff's Notice of Submission indicating that the completed USM-285 forms have been provided to the Clerk of Court was due on or before August 18, 2025. As of this date, Plaintiff has failed to serve and file his Notice of Submission.

    Accordingly, Plaintiff is ordered to show cause, in writing, no later than **September 22, 2025**, why this action should not be dismissed, without prejudice, for failure to prosecute.

    This Order to Show Cause will be discharged upon the filing of Plaintiff's Notice of Submission. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

    Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

    **IT IS SO ORDERED.**